# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF MOTION AND MOTION FOR RETURN OF DEPOSIT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF ALONA HASSID AND OF DANIEL ZOHAR IN SUPPORT THEREOF</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>November 19, 2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>November 19, 2025</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/19/2025 Avi E. Muhtar | /s/ Avi E. Muhtar |
|---|---|
| *Date*      *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
- **Monique D Jewett-Brewster** mjb@lathropgpm.com, natalie.gonzalez@lathropgpm.com;crystal.knode@lathropgpm.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Paul J Leeds** Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Kristin T Mihelic** kristin.t.mihelic@usdoj.gov
- **Jenny Pelaez** jpelaez@kslaw.com, afhernandez@kslaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

**SERVICE BY U.S. MAIL**
**Franklin Soto Leeds, LLP**
444 West C St Ste 300
San Diego, CA 92101

**Katherine Griffiths**
Coldwell Banker Commercial Realty
31582 Coast Highway
Laguna Beach, CA 92651

**Ronald Wright**
Coldwell Banker Commercial Realty
31582 Coast Highway
Laguna Beach, CA 92651

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE